# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES D. MURPHY  
3540 WINTERGREEN TERRACE  
ALGONQUIN, IL  60102  

SSN-xxx-xx-1492

Case Number: 08-71146

Case filed on: 4/16/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | COSTELLO & COSTELLO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JAMES D. MURPHY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 45,706.01 | 45,706.01 | 0.00 | 0.00 |
| 002 | CITIZENS BANK | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 018 | RICK J ERICKSON LTD | 7,176.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 55,382.01 | 48,206.01 | 0.00 | 0.00 |
| 003 | US BANK NATIONAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANTA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS | 2,437.11 | 2,437.11 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS BANK FSB | 10,839.69 | 10,839.69 | 0.00 | 0.00 |
| 007 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BENEFICIAL / HFC - TA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 1,628.19 | 1,628.19 | 0.00 | 0.00 |
| 010 | CITI BANK MC / BC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIBANK USA N A | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEPENDON COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DFS SERVICES LLC | 8,559.61 | 8,559.61 | 0.00 | 0.00 |
| 014 | GEMB SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 8,911.74 | 8,911.74 | 0.00 | 0.00 |
| 016 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CAPITAL ONE AUTO FINANCE | 928.86 | 928.86 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 1,657.31 | 1,657.31 | 0.00 | 0.00 |
| 021 | AMERICAN EXPRESS CENTURION BANK | 2,437.11 | 2,437.11 | 0.00 | 0.00 |
|  | Total Unsecured | 37,399.62 | 37,399.62 | 0.00 | 0.00 |
|  | Grand Total: | 92,781.63 | 85,605.63 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 07/30/2008         By  /s/Heather M. Fagan